IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CASSANDRA SUCHARSKI                                                                       PLAINTIFF

VS.                                                            CIVIL ACTION NO. 5:07CV29 DCB-JMR

THE WACKENHUT CORPORATION d/b/a
WACKENHUT NUCLEAR SERVICES                                                    DEFENDANTS

**AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

THERE CAME ON TO BE HEARD this day the *ore tenus* motion of all parties for a Judgment of Dismissal with Prejudice, and the Court having considered the same, noting the agreement of the parties and otherwise being fully advised in the premises, finds that said motion is well taken and shall be granted.

IT IS, THEREFORE ORDERED AND ADJUDGED that this civil action be and the same is hereby dismissed with prejudice with the parties to bear their respective costs and attorneys fees.

SO ORDERED AND ADJUDGED this, the  15th  day of January, 2008.


                                              s/ David Bramlette
                                UNITED STATES DISTRICT COURT JUDGE


APPROVED AND AGREED:


*s/Louis H. Watson*
LOUIS H. WATSON - BAR # 9053
Attorney for Cassandra Sucharski

*s/Rick G. Davis*
Rick G. Davis
Attorney for Cassandra Sucharski

*s/Silas W. McCharen*
SILAS W. MCCHAREN - BAR # 2213
Attorney for The Wackenhut Corporation

X2457-116758stc

-2-